MIDLAND LINSEED PRODUCTS COMPANY v. MANSFIELD PAINT CO., INC.— Order
unanimously affirmed, with ten dollars costs and disbursements.

VINCENT MOFFAT, Appellant, v. THE STATE OF NEW YORK, Respondent.—
Judgment reversed on the law and facts, and judgment directed in favor of the
claimant for $2,500, with costs. The court disapproves of the finding that the
State, its officers and agents, were free from any negligence or carelessness, and
finds that Neaffie, the chief engineer having the work in charge, was negligent,
causing the injury to claimant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL DE
PUMPO, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK C. MOENIG and
Others, Relators, v. THE COMMISSIONERS OF THE LAND OFFICE OF THE STATE
OF NEW YORK and Others, Respondents.— Writ dismissed, with ten dollars costs
and disbursements, on the ground that it has heretofore been conclusively decided
that the relators are not aggrieved parties, and that they are, therefore, not
entitled to prosecute the writ.

EMMETT F. SLADE, Respondent, v. CHARLES K. HENNINGSON, Appellant.—
Order reversed on the law and facts, with ten dollars costs and disbursements,
and motion granted, with ten dollars costs. All concur.

SUSANNE B. SHAW, Respondent, v. FRANKLIN CAR AND TRUCK CORPORATION,
Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs.

OLIVER YETTO and EDWARD J. BUCKLEY, Respondents, v. LESTER PARKER,
Appellant.— Judgment and order affirmed, with costs. All concur, except Kiley
and Van Kirk, JJ., dissenting.

THE BOARD OF EDUCATION OF THE UNION FREE SCHOOL DISTRICT No. 1 OF
THE TOWN OF LIBERTY, Respondent, v. ANNA L. HOYT, Appellant.— Order
affirmed, with costs. All concur, except Hasbrouck, J., dissenting.

KATHERINE C. DEALY, Appellant, v. EDWARD C. KLAPP, Respondent.— Motion
granted.

MAURICE J. GERSTENFELD v. NATIONAL BEN-FRANKLIN FIRE INSURANCE
COMPANY and JACOB LOCKS.— Motion granted, unless within thirty days the
appellant files and serves printed papers on appeal and pays ten dollars costs,
in which case motion is denied.

PINCUS KAGAN, Respondent, v. BARNEY MILLENS, Appellant.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. SAM MARTURANO, Claimant,
Respondent, v. ROME WIRE COMPANY and Another, Appellants.— Award reversed,
on the ground that an erroneous rule for computing the average daily wage was
adopted (*Roskie* v. *Amsterdam Yarn Mills, Inc.*, 191 App. Div. 649), and matter
remitted to the State Industrial Board for further action. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK CROWLEY, Claimant,
Respondent, v. THE JOHNSON HARVESTER COMPANY and Another, Appellants.—
Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS FINNERTY, Claimant,
Respondent, v. DOWNEY SHIPBUILDING COMPANY and Another, Appellants.—
Award unanimously affirmed, with costs in favor of the State Industrial Board.